**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAZAR FELBERBAUM,

                    Plaintiff,
    -against-                                  21 **CIVIL** 9513 (NSR)

                                                                   **JUDGMENT**

SEQUIUM ASSET SOLUTIONS and LVNV
FUNDING LLC,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 11, 2023, Defendants' motion for judgment on the pleadings is GRANTED. Defendants' motion to strike Plaintiff's sur-reply is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

         January 12, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                   **BY:**          K. Mango

                                                                       **Deputy Clerk**